JAMES M. MAKASIAN (SBN 71791)
2300 Tulare Street, Suite 250
Fresno, CA  93721
Telephone:  (559) 442-4211 Fax: 442-4127

STEVEN P. SIMONIAN, Jr. (SBN 082858)
2300 Tulare Street, Suite 250
Fresno, CA  93721
Telephone: (559) 442-4212

Attorneys for: Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AHMED OMER MOHAMED, <br><br>            Plaintiff, <br><br> v. <br><br> MICHAEL CHERTOFF, Secretary of Homeland Security, EMILIO T. GONZALEZ, Director of The United States Citizenship and Immigration Services, DAVID STILL, District Director of The United States Citizenship Immigration Services, DONALD RIDDING, Officer In Charge of the Fresno Office of The United States Citizenship Immigration Services <br><br>            Defendants. | CIVIL No. 1:06-cv-1367 OWW DLB <br><br> NOTICE OF VOLUNTARY DISMISSAL OF PLAINTIFF, AHMED OMER MOHAMED, AND ORDER <br><br> Rule 41(a)(1) <br><br> CIS No.: A 75301696 |

PLEASE TAKE NOTICE:

That PLAINTIFF, AHMED OMER MOHAMED, has cleared the background name check and the only step remaining in the adjudication of his naturalization application is the oath ceremony.  Accordingly, plaintiff AHMED OMER MOHAMED, is hereby dismissed, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

1

PDF created with pdfFactory trial version www.pdffactory.com

1
2
3  Dated: November 29, 2006                    _____/s/ JAMES M. MAKASIAN_____
4                                                              JAMES M. MAKASIAN
                                                                Attorney for Plaintiffs
5
6        It is so ordered.
7
8  Dated: __December 4, 2006                   _/s/ OLIVER W. WANGER_____
                                                                UNITED STATES DISTRICT JUDGE
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PDF created with pdfFactory trial version www.pdffactory.com